J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

Kenneth A. Calderone
kcalderone@hcplaw.net
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, Ohio 44333
330-670-7324 Phone
330-670-7440 Fax
Attorneys for Defendants
Alliance Tire Americas, Inc. and
Alliance Tire Group, BV

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE TIRE AMERICAS, INC., a foreign corporation; ALLIANCE TIRE GROUP, BV, a foreign corporation; ALLIANCE TIRE & RUBBER COMPANY (USA), INC., a foreign corporation; THE ALLIANCE TIRE & RUBBER COMPANY, INC., a foreign corporation, et. al.,<br><br>Defendants. | CASE NO: 2:16-cv-01545-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALLIANCE TIRE GROUP, BV ONLY, WITH PREJUDICE** |

. . .

. . .

1

KNW 23878

**STIPULATION AND ORDER FOR DISMISSAL OF ALLIANCE TIRE GROUP, BV ONLY, WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOSHUA MARTIN, and Defendants ALLIANCE TIRE AMERICAS, INC. and ALLIANCE TIRE GROUP, BV, by and through their respective counsel of record that Plaintiff's claims against ALLIANCE TIRE GROUP, BV only are hereby DISMISSED with prejudice, the parties to bear their own fees and costs.

Dated this 19 day of Sept, 2017.

BENSON, BERTOLDO, BAKER & CARTER

_____
LAWRENCE J. SMITH, ESQ.
Nevada Bar No. 6505
7408 W. Sahara Avenue
Las Vegas, NV 89117
702-228-2600 Phone
702-228-2333 Fax
Attorney for Plaintiff

Dated this 21st day of Sept, 2017.

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants
Alliance Tire Americas, Inc. and
Alliance Tire Group, BV

2

KNW 23878

### (PROPOSED) ORDER FOR DISMISSAL OF ALLIANCE TIRE GROUP, BV ONLY, WITH PREJUDICE

Pursuant to the foregoing stipulation of counsel and good cause appearing therefore, Plaintiff's claims against ALLIANCE TIRE GROUP, BV are hereby DISMISSED with prejudice, the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED September 26, 2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

Kenneth A. Calderone
HANNA, CAMPBELL & POWELL, LLP
3737 Embassy Parkway, Suite 100
Akron, Ohio 44333
330-670-7324 Phone
330-670-7440 Fax
Attorneys for Defendants
Alliance Tire Americas, Inc. and
Alliance Tire Group, BV