J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

Kenneth A. Calderone
kcalderone@hcplaw.net
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, Ohio 44333
330-670-7324 Phone
330-670-7440 Fax

Attorneys for Defendant
Alliance Tire Americas, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE TIRE AMERICAS, INC., a foreign corporation; ALLIANCE TIRE GROUP, BV, a foreign corporation; ALLIANCE TIRE & RUBBER COMPANY (USA), INC., a foreign corporation; THE ALLIANCE TIRE & RUBBER COMPANY, INC., a foreign corporation, et. al.,<br><br>Defendants. | CASE NO: 2:16-cv-01545-JCM-VCF |

**STIPULATION AND ORDER TO AMEND THE DEFENDANTS' ANSWER TO ADD CROSSCLAIM FOR INTERPLEADER**

1

KNW 23878

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant ALLIANCE TIRE AMERICAS, INC., and Plaintiff JOSHUA MARTIN, by and through their respective counsel of record, that Defendant's Answer to the Complaint be amended to allow Defendant to assert a cross-claim for interpleader. This interpleader action is necessary to ensure that all parties with potential liens and/or claims to the settlement funds be permitted to seek recovery based on their alleged entitlement to a portion of the total settlement proceeds.

Specifically, part, if not all, of Plaintiff's alleged damages were paid by the worker's compensation insurance carrier, Alaris Group, Inc. A dispute has arisen as to the amount due and owing to the worker's compensation insurance carrier and/or excess insurance carrier as repayment of the worker's compensation lien. Pursuant to NRS 616C.215(8)(b), the parties must resolve the lien before finalizing the settlement or may be otherwise liable for the amount due and owing. Defendant therefore seeks to assert an interpleader action and include Alaris Group, Inc. as a named party in the cross-claim for interpleader action in order to resolve the worker's compensation lien prior to the settlement proceeds being distributed to Plaintiff. Plaintiff has stipulated to allow Defendant to so amend its Answer.

DATED this 30th day of May, 2018

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

DATED this 30th day of May, 2018

BERTOLDO BAKER CARTER & SMITH

/s/ Lawrence Smith
_____
LAWRENCE J. SMITH, ESQ.
Nevada Bar No. 6505
lawre3@NVLegalJustice.com
7408 W. Sahara Avenue
Las Vegas, NV 89117
702-228-2600 Phone
702-228-2333 Fax
Attorney for Plaintiff

KNW 23878

*Joshua Martin v. Alliance Tire Americas, Inc.*
Case No. 2:16-cv-01545-JCM-VCF

# ~~(PROPOSED)~~ ORDER

IT IS SO ORDERED that Defendant Alliance Tire Americas, Inc. is hereby allowed to file an Amended Answer to assert a claim for an interpleader action to include Alaris Group, Inc. as a party. The Amended Answer should be filed within 30 days of the date of this Order.

DATED this 31st day of May, 2018.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants
Alliance Tire Americas, Inc.

KNW 23878