KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

KENNETH A. CALDERONE, ESQ.
kcalderone@hcplaw.net
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, Ohio 44333
330-670-7324 Phone
330-670-7440 Fax
Attorneys for Defendant
Alliance Tire Americas, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE TIRE AMERICAS, INC., a foreign corporation; ALLIANCE TIRE GROUP, BV, a foreign corporation; ALLIANCE TIRE & RUBBER COMPANY (USA), INC., a foreign corporation; THE ALLIANCE TIRE & RUBBER COMPANY, INC., a foreign corporation, et. al.,<br><br>Defendants. | CASE NO: 2:16-cv-01545-JCM-VCF |

**STIPULATION AND ORDER FOR DISBURSEMENT OF SETTLEMENT FUNDS AND DISMISSAL OF ALL CLAIMS**

. . .

. . .

1

KNW 23878

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSHUA MARTIN, Defendant ALLIANCE TIRE AMERICAS, INC. and Third Party Defendant PURCELL TIRE & RUBBER, incorrectly identified in the Third-Party Complaint as THE ALARIS GROUP, INC., by and through their respective counsel of record, that the settlement funds that were the subject of the Counter-Claim and Third-Party Complaint for interpleader be distributed by Defendant ALLIANCE TIRE AMERICAS, INC. pursuant to a Release and Settlement Agreement reached between Plaintiff JOSHUA MARTIN and PURCELL TIRE & RUBBER regarding the resolution of the worker's compensation lien at issue. The settlement amount is to remain confidential.

IT IS FURTHER STIPULATED AND AGREED that the claims asserted by Plaintiff JOSHUA MARTIN against Defendant ALLIANCE TIRE AMERICAS, INC. are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. This further resolves all pending counter-claims and third-party claims previously alleged asserted by Defendant ALLIANCE TIRE AMERICAS, INC. against Plaintiff JOSHUA MARTIN and Third-Party Defendant PURCELL TIRE & RUBBER, incorrectly identified as THE ALARIS GROUP, INC.

| | |
|---|---|
| DATED this 12th day of November, 2018 | DATED this 12th day of November, 2018 |
| ALVERSON TAYLOR & SANDERS | BERTOLDO BAKER CARTER & SMITH |
| */s/ Karie N. Wilson* | */s/ Lawrence J. Smith* |
| KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>702-384-7000 Phone<br>702-385-7000 Fax<br>Attorneys for Defendant | LAWRENCE J. SMITH, ESQ.<br>Nevada Bar No. 6505<br>lawre3@NVLegalJustice.com<br>7408 W. Sahara Avenue<br>Las Vegas, NV 89117<br>702-228-2600 Phone<br>702-228-2333 Fax<br>Attorney for Plaintiff |

KNW 23878

*Martin v. Alliance Tire Americas, Inc., et al.*
*Case No. 2:16-cv-01545-JCM-VCF*
*Stipulation and Order for Disbursement of*
*Settlement Funds and Dismissal of All Claims*

DATED this 12th day of November, 2018

LEWIS BRISBOIS BISGAARD & SMITH

*Daniel Schwartz*

DANIEL SCHWARTZ
Nevada Bar No. 5125
2300 West Sahara Avenue, Suite 300
Las Vegas, Nevada 89102
702-583-6001 Phone
702-366-9563 Fax
Attorneys for Purcell Tire & Rubber

## ORDER

IT IS HEREBY ORDERED that the claims asserted by and on behalf of Plaintiff JOSHUA MARTIN against Defendant ALLIANCE TIRE AMERICAS, INC. are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. The claims asserted in the Counter-Claim and Third-Party Complaint in Interpleader are further DISMISSED WITH PREJUDICE.

DEFENDANT ALLIANCE TIRE AMERICAS, INC. is authorized to disburse the settlement funds pursuant to the parties' Release and Settlement Agreements.

DATED December 3, 2018.

_____
U.S. DISTRICT COURT JUDGE